UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23881-GAYLES/TORRES

YAMIL AVALOS,
YOISEL CABRERA TRUJILLO,
Et al.,
    Plaintiff,

vs.

PIKE ELECTRIC, LLC,

    Defendants.
_____/

## **NOTICE OF MEDIATOR SELECTION**

Plaintiffs, Yamil Avalos, Yosiel Cabrera Trujillo, Jorge Deras, Eduardo Diaz Walker, Juan Jesus Fernandez Achoy, Leonardo Florentino Fernandez Achoy, Robert Gomez Borges, Samuel Gonzalez Rodiles, Antonio Llano Colome, Raul Mayans, Alberto Miranda, notices the Court that the parties complied with the Court's Order Setting Trial [ECF No. 9] and its Order entered on April 1, 2022 and agreed to utilize Paul Penichet**, as mediator**.

Dated this 20th day of May 2022.

                                                s/Brian H. Pollock, Esq.
                                                Brian H. Pollock, Esq. (174742)
                                                brian@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel:    305.230.4884
                                                *Counsel for Plaintiff*