UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23881-GAYLES/TORRES

YAMIL AVALOS,
YOSIEL CABRERA TRUJILLO,
JORGE DERAS,
EDUARDO DIAZ WALKER,
LEONARDO FLORENTINO DUARTE VIDAL,
JUAN JESUS FERNANDEZ ACHOY,
ROBERT GOMEZ BORGES,
SAMUEL GONZALEZ RODILES,
ANTONIO LLANO COLOME,
RAUL MAYAN, AND
ALBERTO MIRANDA,

    Plaintiffs,

vs.

PIKE ELECTRIC, LLC,

    Defendant.
_____/

## JOINT MOTION FOR EXTENSION OF TIME
## TO COMPLETE DISCOVERY AND OF ALL RELATED DEADLINES AND
## MOTION TO RESET MEDIATION

Plaintiffs, Yamil Avalos, Yosiel Cabrera Trujillo, Jorge Deras, Eduardo Diaz Walker, Leonardo Florentino Duarte Vidal, Juan Jesus Fernandez Achoy, Robert Gomez Borges, Samuel Gonzalez Rodiles, Antonio Llano Colome, Raul Mayan, and Alberto Miranda, and Defendant, Pike Electric, LLC, through their undersigned counsel and pursuant to Fed. R. Civ. P. 12, Local Rule 7.1, and other applicable Rules and laws, request the Court to grant an extension of time respond to complete discovery through January 6, 2023, to reschedule the mediation, and to extend all related deadlines based upon the lack of opposition and the following good cause:

1. Plaintiffs filed their Complaint in this race/national origin discrimination case on November 4, 2021. [ECF No. 1.]

2. Plaintiff served Defendant with the Summons and Complaint on November 29, 2021. [ECF Nos. 5.]

3. Defendant responded to the Complaint with its Answer and Affirmative Defenses on December 20, 2021.

4. The parties submitted their Joint Scheduling Report and Proposed Schedule, wherein they proposed completing discovery in this case by November 4, 2022, and the Court's Scheduling Order set November 4, 2022, as the discovery cut-off. [ECF Nos. 8, 9.]

5. The parties had coordinated the depositions for all eleven (11) Plaintiffs in this case, and the deposition of Esteban Guerra in his separately filed case, to occur prior to the discovery cut-off.

6. On July 11, 2022, the parties coordinated for mediation to occur on November 1, 2022. [ECF No. 16.]

7. Plaintiff has thus far deposed two of Defendant's employees, and Defendant deposed three of the Plaintiffs.

8. Each of the Plaintiffs appeared at Plaintiff's counsel's office for his videoconference deposition to ensure that a reliable and stable internet connection (and camera) was available.

9. The parties have not completed their depositions or their discovery, and they will not be able to do so by November 4, 2022, because the parties have all been impacted by Hurricane Ian and its recovery efforts.

10. Defendant's electrical contracting business includes supporting one or more utility companies.

11. Many of the Plaintiffs with providing underground and/or overhead power for another company who supports one or more utility companies.

12. Defendant's business and Plaintiffs' line of work are significant for the Court's consideration due to the impact of Hurricane Ian.

13. Hurricane Ian not only required that the parties their previously scheduled depositions, but it also made the rescheduling of depositions during the discovery period nearly impossible because most of the Plaintiffs were deployed to the Fort Meyers area, where there was unreliable internet/cell service, and so they could not attend their video depositions.

14. Defendant, in turn, was devoting significant resources and personnel to supporting the Hurricane Ian recovery efforts in the West Coast of Florida.

15. Plaintiffs only recently returned from the Fort Meyers area, and the parties are in the process of rescheduling the depositions of Plaintiffs and in scheduling the remaining depositions of Defendant and its personnel.

16. Complicating the rescheduling of the depositions is counsel's trial (and arbitration) schedule, which is the reason why the parties jointly request that the Court extend the discovery cut-off and all related deadlines through January 6, 2023.

17. Plus, counsel request that the Court take into account the intervening holidays (Thanksgiving and Christmas/New Year's), during which counsel for Plaintiffs will be out of the State on pre-planned and pre-paid family vacations.

18. Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

19. It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

20. Accordingly, the parties jointly respectfully request the Court to extend the deadline to complete discovery through January 6, 2023, and to extend the trial date and all related deadlines for a commensurate period of time.

21. Plaintiffs also request that the Court permit them to conduct their mediation on December 20, 2022.

22. A proposed Order is being submitted simultaneously herewith.

WHEREFORE Plaintiffs, Yamil Avalos, Yosiel Cabrera Trujillo, Jorge Deras, Eduardo Diaz Walker, Leonardo Florentino Duarte Vidal, Juan Jesus Fernandez Achoy, Robert Gomez Borges, Samuel Gonzalez Rodiles, Antonio Llano Colome, Raul Mayan, and Alberto Miranda, and Defendant, Pike Electric, LLC, respectfully request the Court to grant them the relief requested above.

Respectfully submitted this 25th day of October 2022,

| | |
|---|---|
| s/*Brian H. Pollock, Esq.* | /s/*Elizabeth Rodriguez, Esq.* |
| Brian H. Pollock, Esq. (174742) | Elizabeth Rodriguez, Esq. (821690) |
| brian@fairlawattorney.com | erodriguez@fordharrison.com, |
| FAIRLAW FIRM | Ford & Harrison, LLP |
| 135 San Lorenzo Avenue | 1 S.E. 3rd Avenue |
| Suite 770 | Suite 2130 |
| Coral Gables, FL 33146 | Miami, FL 33131 |
| Tel:   305.230.4884 | Tel: 305.808.2143 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |