UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-23881-GAYLES/TORRES

YAMIL AVALOS,

    Plaintiff,

vs.

PIKE ELECTRIC, LLC,

    Defendants.
_____/

## JOINT STIPULATION FOR RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff and Defendants, through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012).

Respectfully submitted on this 25th day of January 2023.

| | |
|---|---|
| Brian H. Pollock, Esq. | |
| Brian H. Pollock, Esq. (174742) | s/*Elizabeth Rodriguez, Esq.* |
| brian@fairlawattorney.com | Elizabeth Rodriguez, Esq. (821690) |
| FAIRLAW FIRM | erodriguez@fordharrison.com, |
| 135 San Lorenzo Ave. | Ford & Harrison, LLP |
| Suite 770 | 1 S.E. 3rd Avenue, Suite 2130 |
| Coral Gables, FL 33146 | Miami, FL 33131 |
| Tel:  305.230.4884 | Tel: 305.808.2143 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |